USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DXC TECHNOLOGY SERVICES LLC,

                Plaintiff,

        v.

OMNICOM GROUP, INC.,

                Defendant.

No. 19-CV-7021 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      A telephone conference is scheduled for April 23, 2020 at 11:00 a.m. to discuss the pending motion to dismiss. The parties shall use the dial-in information provided below to call in to that conference:

      Call-in Number: (888) 363-4749
      Access Code: 1015508

If it is not feasible for the parties to appear telephonically at that time, they should jointly notify the Court by letter and include proposed alternative dates for this conference.

SO ORDERED.

Dated:    April 21, 2020
           New York, New York

                                              Ronnie Abrams
                                              United States District Judge