UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/27/2020
```

DXC TECHNOLOGY SERVICES LLC,

                Plaintiff,

v.

OMNICOM GROUP, INC.,

                Defendant.

No. 19-CV-7021 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    For the reasons stated during Thursday's telephone conference, DXC's motion to dismiss is denied. The Clerk of Court is respectfully directed to terminate the motion pending at docket entry 28.

SO ORDERED.

Dated:    April 27, 2020
           New York, New York

                                      Ronnie Abrams
                                      United States District Judge